Return Date: May 16, 2019 @ 10:AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Jason Brand

Case No. 8-19-71605
Chapter 13

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED - CENTRAL ISLIP

Debtor(s)
-----------------------------------------------------------x

## NOTICE OF MOTION

APR 24 2019 PM02:50

PLEASE TAKE NOTICE that upon the annexed application of Jason Brand (Debtor) (Pro Se), a hearing will be held before the Hon. Scarcella, Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

(1) Granting an Order Staying an Action in NY Supreme Court Bronx County re - Brand v. Wells Fargo et al effective the filing date of this Chapter 13 Action (Core Proceeding) or March 5th 2019
(2) Remove this proceeding to this Court as filed under Docket 16 Case 8-19-71605-LAS.

Date and time of hearing: 5/16/19 @ 10:00AM
Location: U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11790
Courtroom # 970, 9th Floor

Dated: 4/24/19

Signature: [signed]
Print name: Jason Brand
Address: 23 Barrington Pl
         Dix Hills, NY 11747
Phone: 516-805-6262
Email: jasonbb73@gmail.com